**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SINUE AGUILAR, | Case No. CV 14-0126 DSF (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.E. SPEARMAN, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: _____   3/31/14

_Dale S. Fischer_

_____

HON. DALE S. FISCHER
UNITED STATES DISTRICT JUDGE